United States District Court
for the District of New Jersey

_____
|                                          | :
| **USA**                                  | :
|                                          | :  Crim. No. 09-771
|                    Plaintiff             | :
|              vs.                         | :  Order of Reassignment
| **CARLOS CAMACHO**                       | :
|                                          | :
|                    Defendant             | :
_____  :

It is on this 11th day of September 2012,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.

      S/Jerome B. Simandle
      Jerome B. Simandle, Chief Judge
      United States District Court